1  Thomas A. Saenz, SBN 159430
   MEXICAN AMERICAN LEGAL DEFENSE
2    AND EDUCATIONAL FUND
   634 South Spring St., 11th Floor
3  Los Angeles, CA 90014
   Phone: (213) 629-2512
4  Fax:    (213) 629-0266

5  **Attorneys for Plaintiff.**

6  Dennis J. Herrera, SBN 139669
   City Attorney
7  Joanne Hoeper, SBN 114961
   Chief Trial Deputy
8  Donald P. Margolis, SBN 116588
   Deputy City Attorney
9  1390 Market St., 6th Floor
   San Francisco, CA 94102-5408
10 Phone: (415) 554-3853
   Fax:    (415) 554-3837
11
   **Attorneys for Defendant.**
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| LA RAZA CENTRO LEGAL, | Case No. CV 03-01265 CW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL; [PROPOSED] ORDER OF DISMISSAL** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendant. | Hon. Judge Claudia Wilken |

STIPULATION OF DISMISSAL;
[PROPOSED]  ORDER OF DISMISSAL                                                CASE NO. CV 03-01265 CW

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The parties have settled this case. The parties respectfully request that this case be dismissed without prejudice; provided, however, that if plaintiff does not refile this action within four years after the dismissal, the dismissal will be deemed with prejudice.

                                      MEXICAN AMERICAN LEGAL DEFENSE
                                        AND EDUCATIONAL FUND

Dated: May 4, 2005        By:          /S/
                                        THOMAS A. SAENZ

                                    Attorneys for Plaintiff, La Raza Centro Legal

                                    DENNIS J. HERRERA
                                    City Attorney
                                    JOANNE HOEPER
                                    Chief Trial Attorney
                                    DONALD P. MARGOLIS
                                    Deputy City Attorney

Dated: May 4, 2005        By:          /S/
                                        DONALD P. MARGOLIS

                                    Attorneys for Defendant, City and County of San Francisco.

## ORDER

IT IS SO ORDERED.

Dated: 5/5/05                              /s/ CLAUDIA WILKEN
                                      Honorable Claudia Wilken
                                      United States District Judge